UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jeremy Brian Wright                Docket No. 2:13-CR-22-1F

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jeremy Brian Wright, who, upon an earlier plea of guilty to Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 846, was sentenced by the Honorable Henry Coke Morgan Jr., Senior U.S. District Judge, for the Eastern District of Virginia, on January 26, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months. On January 5, 2012, pursuant to Rule 35 (b)(1), imprisonment was reduced to 36 months.

Jeremy Brian Wright was released from custody on June 7, 2013, at which time the term of supervised release commenced.

On August 8, 2013, jurisdiction was transferred to the Eastern District of North Carolina.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 21, 2016, the defendant submitted a urine test that returned positive for marijuana use. It is the probation officer's recommendation to continue supervision and modify his conditions to include the DROPS condition beginning at the second use level.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

                                           I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/Bentley H. Massey
                                           Bentley H. Massey
                                           Senior U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 919-861-8815
                                           Executed On: May 12, 2016

Jeremy Brian Wright
Docket No. 2:13-CR-22-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge